AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br><br><br>PATRICK ST. THOMAS,<br><br>**Defendant** | )<br>)<br>)     Case No.   5:26-mj-00170 (CBF)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On

or about the dates of September 2025 to Present in the county of Oneida in the Northern District of New York the

defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § § 2252A(a)(2)(A) and 2252A(a)(5)(B) | Receipt and Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit

☒     Continued on the attached sheet.

_____
*Complainant's signature*

Martin Baranski, Special Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   July 28, 2026
_____

_____
*Judge's signature*

City and State:     Syracuse, New York

Hon. Carla B. Freedman, United States Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT
OF A CRIMINAL COMPLAINT**

I, Martin Baranski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I make this affidavit in support of a criminal complaint charging Patrick ST. THOMAS ("ST. THOMAS") with violating 18 U.S.C. §§ 2252A(a)(2)(A) (Receipt of Child Pornography) and 2252A(a)(5)(B) (Possession of Child Pornography) (collectively the "Subject Offenses"), as more fully described below.

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2018.  I have conducted and participated in numerous investigations of criminal activity, including but not limited to criminal violations relating to the sexual exploitation of minors and the possession, receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A. During the investigation of these cases, I participated in the execution of search warrants and seized evidence of these violations, including electronic evidence.  I have also served as the affiant for such search warrants on numerous occasions. In addition, I have received formal training in investigations of child pornography and child exploitation offenses.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that

I believe are necessary to establish probable cause to believe that ST. THOMAS has committed the Subject Offenses.

**PROBABLE CAUSE**

4.     From on or about September 2025 to on or about November 2025, a reliable foreign law enforcement partner began investigating child pornography sharing groups on the application Telegram, which was ultimately transmitted to the FBI for further action based on the suspected location of the subject identified herein as being in the United States. While using Telegram, a free mobile and desktop application that permits users to send messages and other content either through direct messages or in a group setting, including videos and images, the foreign law enforcement partner gained access to Telegram Channel 1 (TC1) on or about September 4, 2025.

5.     In that group, the Telegram User 1 ("TU1") was observed as an administrator. Among other conversations within TC1 the foreign law enforcement partner observed several posts advertising Zoom meetings by TU1 and a deleted historical account also believed to be associated with TU1 as the foreign law enforcement partner could view content within the group dating back to on or about March 6, 2025.

6.     Among other posts, the Zoom meeting links posted by both TU1 and the deleted account believed to be operated by the same user were accompanied by comments that included, but were not limited to, "[TU1] Room LIVE: 1-3 streams of raw fucking, moans, cum, sweat, Nothing clean, nothing safe" and "[TU1] Room is LIVE. . . Bodies dripping, nasty vids, hot fun. . . watch, squirm, or get in an doing the messy chaos No holding back. . ." to encourage group members to join the Zoom meetings.  On or about September 5, 2025, the foreign law enforcement partner was added to another Telegram group where TU1 was a prominent member and posted

2

similar Zoom meetings with similar comments to those observed in TC1.

7.    On or about September 7, 2025, the foreign law enforcement partner engaged in a direct message with TU1 on Telegram and another suspected member of TC1 requesting access to the "TC1" chat.  During the aforementioned communications, the following Zoom Meeting URL was shared with the foreign law enforcement partner: https://us05web.zoom.us/j/6010106969?pwd=FUQ2lIssuIerz9ebvYdDpUqvhsTSFC.1.    The foreign law enforcement partner accessed the captioned link and preserved the activity via three screen recordings. The FBI reviewed the screen recordings obtained from the foreign law enforcement partner and observed multiple images depicting child pornography displayed via a compilation video shared by two tabs within the Zoom Meeting, "1Vidz [TU1]" and "2Vidz [TU1]," which were believed to be operated by the same user as the TU1 Telegram account.

8.    Your affiant reviewed the screen recording of the foreign law enforcement partner's online undercover activity on or about September 7, 2025, to include the Telegram messaging and the Zoom call participation. The foreign law enforcement partner was observed navigating Google at the onset of the screen recording. The foreign law enforcement partner then navigated to the Telegram application where, among other conversations, direct messages with TU1 and Telegram User 2 (TU2) were observed. The undercover navigated to what appeared to be a direct message with user TU2 with the undercover posting "Hey [TU2], can you send me a link for [TC1]. I lost my old T[ele]G[ram] account."  TU2 responded, "told them to add u" and then sent a link to a Zoom video call with the following URL:

    a.  https://us05web.zoom.us/j/6010106969?pwd=FUQ2lIssuIerz9ebvYdDpUqvhsTS FC.1

9.      The foreign law enforcement partner then navigated to the URL which opened a Zoom meeting where usernames and what appeared to be video streams of some of those users were observed at the top of the Zoom call and a video was being displayed in a larger format at the center of the Zoom meeting (note that some participant's usernames were only observed in the "Participants" screen within the call). The call appeared to be comprised of three screens; "1VidZ [TU1}," "2VidZ [TU1]," and "PupStarSeed NYC" with "2VidZ [TU1]" appearing to be the screen displayed during the call. The total number of observed participants ranged between 69 and 73. One of the individuals who was visible at the top of the call was TU1 who was displayed as the "Host" on the "Participants" screen within the Zoom meeting. The following image was being displayed for the participants of the meeting:

a.      What appeared to be a minor, approximately 2-4 years of age, on a bed, being sexually penetrated by an adult male. The gender of the minor is unclear based on the angle of the child on the bed.

10.     The following is a representation of the relevant suspected child pornography subsequently displayed during the aforementioned Zoom meeting and does not necessarily reflect every image displayed during the meeting. Some of the images which appeared to depict child pornography that were displayed by the "2VidZ [TU1]" tab have been described below:

a.      A video of a pre-pubescent boy performing oral sex on what appeared to be an adult male with additional images of adult men masturbating displayed around the video and the words "MASTURBATE THE PEDO PENIS" overlayed on the video followed by the words "NEWBORN BABY CUNT" overlayed over a video of what appeared to be an adult male masturbating.

4

b. A video of what appeared to be an adult male masturbating with the words "IMAGINE SEEING A SEXY CHILD IN A PUBLIC LOCKER ROOM" overlayed on the video with an image of what appeared to be a pre-pubescent female performing analingus on what appeared to be an adult male followed by the words "PUMP THAT PEDO COCK" overlayed on images of what appeared to be two adult males.

c. A video depicting what appeared to be an adult fair-skinned male with light colored hair, nude from the waist down, and wearing a dark-colored long-sleeved shirt penetrating a toddler of undetermined gender (based on the image quality of the video). Above and to the side of the video were numerous videos of adult males masturbating and the words "IMAGINE FEEDING AN INFANT YOUR PEDO CUM," "YOUR PEDO COCK LOVES INFANTS," "NEWBORNS MAKE YOU CUM," "CHILD PORN MAKES YOU HARD," "IMAGINE A NEWBORN'S ASSHOLE AROUND YOUR PEDOPHILE COCK," "PEDOPHILES HAVE THE FATTEST COCKS," "PEDOPHILES FEEL THE MOST PLEASURE," "YOU WANT TO RAPE BABIES," "BABY HOLES MAKE YOU CUM," "YOU LOVE CHILD PORN," ""YOU LOVE BEING A PEDOPHILE," "YOU FEEL FUCKING POWERFUL," "I'M A FUCKING PEDOPHILE," "PUMP THAT PEDO COCK," and "YOUR PEDO COCK LOVES INFANTS" (among other statements) overlayed on the video.

11. In or around February 2026, TU1 was arrested by the FBI and subsequently agreed to cooperate with law enforcement. The FBI obtained TU1's Telegram chats as well as the

Telegram direct messages between TU1 and a Telegram account utilized by ST. THOMAS, as discussed further below.

12.    The Telegram direct messages between TU1 and ST. THOMAS began on or around September 26, 2025, and continued to near TU1's arrest. In sum and substance, TU1 would send messages about upcoming Zoom live calls and ST. THOMAS would discuss joining said calls and also assisting TU1 in hosting the calls on Zoom.

13.    On July 27, 2026, your affiant obtained a search warrant for the person of ST. THOMAS and his residence in Rome, NY 13440 from the Honorable Carla B. Freedman, United States Magistrate Judge in the Northern District of New York. On the July 28, 2026, your affiant and Task Force Officer (TFO) Zach Morgan (collectively, the interviewing Agents) traveled to ST. THOMAS's residence and knocked on the side door. The interviewing Agents were dressed in business casual clothing. ST. THOMAS's mother answered the door. The interviewing Agents informed her that they were there to speak with ST. THOMAS. ST. THOMAS's mother allowed the interviewing Agents into the residence and brought them to ST. THOMAS's bedroom. ST. THOMAS's mother knocked on ST. THOMAS's bedroom door as he was sleeping and noted that there were people here to talk to him. The interviewing Agents introduced themselves to ST. THOMAS and asked ST. THOMAS if he would retrieve his mobile phone from the bedroom, which he did. The interviewing Agents seized the mobile phone, an Apple iPhone 17, and ST. THOMAS led the interviewing Agents to the living room of the residence to speak further.

14.    In sum and substance, ST. THOMAS admitted that the he was in fact in communication with TU1, as discussed above, and participated in TC1. ST. THOMAS further admitted to seeing child pornography displayed on multiple TC1 Zoom calls during which ST.

THOMAS was a participant. ST. THOMAS agreed to travel with the interviewing Agents to the Utica, NY FBI office to continue the interview, where he was advised of his *Miranda* rights, which he waived before being questioned further. ST. THOMAS then provided the PIN to his Apple iPhone 17 that ST. THOMAS had earlier retrieved from his bedroom. The interviewing Agents showed ST. THOMAS screenshots from TC1 as well as Telegram chats between ST. THOMAS and TU1. ST. THOMAS again confirmed his participation in TC1, that child pornography was frequently displayed in that channel, and his chats with TU1. The interviewing Agents conducted a manual preview of ST. THOMAS's Apple iPhone 17, model number A3258, serial number G7HM7CC9FP, which was manufactured outside the state of New York, and navigated to the Signal mobile application, which is an end-to-end encrypted messaging application. Within the Signal application was a chat room titled, "Perverse", of which ST. THOMAS was a member. As part of that chat room, on or about July 11, 2026, ST. THOMAS received approximately five videos, of which three appeared to be child pornography including one video, approximately 1 minute in length, depicted an approximately 8-year-old prepubescent male manually masturbating and partially performing oral sex on an adult male.

7

**CONCLUSION**

15.    Based on the aforementioned facts, there is probable cause to believe ST.

THOMAS has committed the Subject Offenses.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Martin Baranski
FBI Special Agent


I, the Honorable Carla B. Freedman, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on July 28, 2026 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.


Hon. Carla B. Freedman
United States Magistrate Judge